UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**WENDELL TYRONE SMITH (#568450)**　　　　**CIVIL ACTION**

**VERSUS**

**NO. 16-35-JWD-RLB**

**NATHAN CAIN, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 21, 2018, to which no objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding is dismissed.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 1, 2018</u>.

　　　　　　　　　　　　　　　　**JUDGE JOHN W. deGRAVELLES**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**